UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE APPLICATION OF THE            )
UNITED STATES OF AMERICA FOR        )
AN ORDER PURSUANT TO                )   1:13-mc-32-LM
18 U.S.C. § 2703(d) RE: REQUEST     )
FROM KINGDOM OF SPAIN               )

ORDER

This matter having come before the Court pursuant to an application under Title 18, United States Code, Section 2703, which application requests the issuance of an order under Title 18, United States Code, Section 2703(d) directing Dynamic Network Services, Inc., an electronic communications service provider and/or a remote computing service, located in Manchester, NH, to disclose certain records and other information, as set forth in the Attachment to this Order, the Court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation,

IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(c)+(d) that Dynamic Network Services, Inc. will, within five days of the date of this Order, turn over to the United States the records and other information as set forth in the Attachment to this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States Attorney's Office with three (3) certified copies of this application and Order.


                                                                                            _____
                                                                                            Landya B. McCafferty
                                                                                          United States Magistrate Judge

Dated: 6-19-13

## ATTACHMENT

You are to provide the following information, if available:

1) a log setting forth all IP addresses used to access/visit the following webpage: http://www/yuvutu.com/modules.php?name=Video&op=view&video_id=287566;

2) registration records for the username "gayomalo"; and

3) records setting forth the date on which http://www/yuvutu.com/modules.php?name=Video&op=view&-video_id=287566 was uploaded.